U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

11:15 A.M.
10-24-20 05
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| v ) | CR2005-00015-001 |
| ) | |
| Lonnie Creech III ) | |

### ORDER

On September 22, 2005, the above-named defendant's probation was revoked. The Court ordered that the defendant remain in custody until placement can be made at a residential drug treatment facility. At the time of placement, the defendant shall be released from custody and his sentence shall be time served. On October 25, 2005, space will become available at St. Illa's, a residential treatment program located at 3455 Harris Road, Waycross, Georgia.

It is order that on October 25, 2005, at 8:00 a.m., the defendant shall be released from the custody of the McIntosh County Detention Center, Darien, Georgia, to his parents, Lonnie and Marlene Creech, for the purpose of transporting the defendant to said treatment program.

SO ORDERED, this 24th day of October, 2005.

_____
Judge, U.S. District Court