IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR205-15 |
| LONNIE CREECH, III | |

## ORDER

A Preliminary Revocation Hearing was scheduled for a determination as to whether there is probable cause to believe that Defendant violated the terms of his probation as alleged. Defendant was given prior notice of the hearing and its purpose. He appeared for said hearing on September 12, 2006, with counsel, waived his preliminary hearing, and stipulated that there is probable cause to believe that he committed the violations as alleged. Accordingly, Defendant Lonnie Creech, III shall be held for a revocation hearing.

**SO ORDERED**, this 12th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)